**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY KEIPER, | Case No. EDCV 15-00254-DOC (KES) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| KIM HOLLAND, Warden, | |
| Respondent. | |

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition and entire action is dismissed with prejudice.

DATED: March 16, 2016

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE